IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SERGIO ZAMARRIPA-TORRES, #20151-047                 PETITIONER

VERSUS                    CIVIL ACTION NO. 5:08cv299-DCB-MTP

UNITED STATES ATTORNEY GENERAL, et al.           RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause will be dismissed with prejudice as to the request for a writ of error *coram nobis* and the jurisdictional issues relating to pursuing a § 2241 habeas petition and without prejudice regarding all other issues. See <u>Ojo v. Immigration and Naturalization Service</u>, 106 F.3d 680, 683 (5th Cir.1997).

SO ORDERED AND ADJUDGED, this the   23rd   day of January, 2009.

                                               s/ David Bramlette
                                     UNITED STATES DISTRICT JUDGE